# EXHIBIT A-1

# CIVIL DOCKET

## S-10-5458-B

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | Kind of Action and Party Demanding Jury | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | Mo. | Day | Year |
| S-10-5458CV-B | PAULA CHRISTOPHERSON AND RICK CHRISTOPHERSON vs. GENERAL MOTORS | E. TODD TRACY  Plff.  Dft. | CIVIL SUIT | 5 | 10 | 10 |

| FEE BOOK | | |
|---|---|---|
| VOL. | PAGE | |

| DATE OF ORDERS | | | Was Stenographer Used? |
|---|---|---|---|
| Month | Day | Year | |

ORDERS OF COURT

| MINUTE BOOK | | |
|---|---|---|
| VOL. | PAGE | PROCESS |

Jury Fee,
Paid by
Jury No.

VS. _____ No. _____

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | |
|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page |

STATE OF TEXAS
COUNTY OF SAN PATRICIO

I, Laura M. Miller, District Clerk San Patricio County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession as appears of record in the San Patricio County District Court Minutes.

Witness my hand and seal of office, this the ___ day of _____

Laura M. Miller, DISTRICT CLERK
San Patricio County, Texas
By: _____ Deputy

PN/DC/DOCKET